In the Matter of NICK COST et al., Appellants. NICHOLAS BENETOS et al., Respondents.

Argued December 4, 1951; decided March 6, 1952.

*Isidor Unger* for appellants.

No appearance for respondents.

Appeal dismissed, upon the ground that the contempt order was nonfinal in respect of both appellants. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.